Bridget A. Moorhead (SBN CA 166298)
bmoorhead@selmanlaw.com
SELMAN BREITMAN LLP
101 W. Broadway, Suite 1330
San Diego, CA 92101
Telephone: 619.564.3600
Facsimile: 619.564.3636

Sheryl W. Leichenger (SBN 161688)
Debra B. Branse (SBN 175771)
sleichenger@selmanlaw.com
dbranse@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendants UNIVERSAL NORTH AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOHNSON-KILLION,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL NORTH AMERICA INSURANCE COMPANY and DOES 1-20,<br><br>Defendants. | Case No. 3:21-CV-03112-MMC<br><br>**JOINT STIPULATION FOR DISMISSAL AND (PROPOSED) ORDER**<br><br>Judge: Maxine M. Chesney (MMC) |

Plaintiff, LESLIE JOHNSON-KILLION, by and through her counsel of record, and Defendant, UNIVERSAL NORTH AMERICA INSURANCE COMPANY, by and through its counsel of record, hereby stipulate to the dismissal of this action pursuant to FRCP 41(a)(l), with prejudice, with each party to bear its own attorneys' fees and costs

DATED: October 24, 2022                    SELMAN BREITMAN LLP

                                           By:  /s/ *Debra B. Branse*
                                                DEBRA B. BRANSE
                                           Attorneys for Defendants UNIVERSAL
                                           NORTH AMERICA INSURANCE COMPANY

DATED: October 24, 2022

THE O'CONNOR LAW FIRM

By: /s/ Timothy O'Connor
TIMOTHY O'CONNOR
Attorneys for Plaintiff
LESLIE JOHNSON-KILLION

### ORDER

The Parties' Stipulation for a Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all Parties, with each Party to bear its own attorney' fees and costs, is approved. The entire action, including all claims and counterclaims stated herein against all Parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 25, 2022

By: _____
HON. MAXINE M. CHESNEY
U.S DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA